1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  In the Disciplinary Matter of              )
                                               )
12                                             )      ORDER TO SHOW CAUSE
                                               )
13  MICHAEL EDWARD CONSIGLIO                    )
                                               )
14                                             )
                                               )
15  California State Bar                        )
    #55550                                      )
16  _____           )

17          This Court has received notice that the Supreme Court of California has

18  disbarred from the practice of law the above-referenced attorney effective

19  May 4, 2008.

20          Therefore, the above-referenced attorney is hereby ordered to show cause, in

21  writing within 30 days of the date of this order, why he or she should not be disbarred

22  from the practice of law before this Court, pursuant to Rule 83-3.1.9 of the Local

23  Rules for the Central District of California.

24          IT IS FURTHER ORDERED, that if the above-referenced attorney does not

25  contest the imposition of disbarment from this Court or does not respond to the order

26  to show cause within the time specified, the Court shall issue an order of disbarment

27  effective 30 days from the date of this order to show cause.

28          A response to this order to show cause must make the showing required in

                                        1

1 Local Rule 83-3.1.9.  In addition, the above-referenced attorney must produce at the
2 time the response to the order to show cause is filed a certified copy of the entire
3 record from the other jurisdiction or bear the burden of persuading the Court that less
4 than the entire record will suffice.

5      The response to the order to show cause and other documentation shall be
6 mailed or delivered to:   U.S. Courthouse, 312 N. Spring Street, Room G-8, Los
7 Angeles, California 90012, Attn: Clerk of Court.  The response to the order to show
8 cause and other documentation shall not be filed with the Court.

9      Unless stated otherwise by order of the Court, the above-referenced  attorney
10 who has been disbarred from the Bar of this Court because of a disbarment by the
11 Supreme Court of California will be reinstated upon proof of reinstatement as an
12 active member in good standing of the  State Bar of California.

13      An attorney registered to use the Court's Electronic Case Filing System (ECF)
14 who  is disbarred by this Court will not have access to file documents electronically
15 until the attorney is reinstated by the State Bar of California and reinstated to the Bar
16 of this Court.

17      This Order to Show Cause is being mailed to the above-referenced attorney's
18 current address as on file with the State Bar of California.

19

20 DATE:      June 9, 2008

21

22

23      Alicemarie H. Stotler
     Chief United States District Judge

24

25

26

27

28

2